IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DESHONE ELESQUAIL DONALD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:20cv818-MHT |
| ) | (WO) |
| SGT. JASON ADKINS, ) | |
| ) | |
|     Defendant. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a jail inmate, filed this lawsuit complaining that he is incarcerated based on false charges and that his bond is excessive. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted, except that the case will be dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 22nd day of February, 2021.

                                              /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**